# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEORGE MAJOR, | : | No. 3:19cv218 |
| Plaintiff | : | |
| v. | : | (Judge Munley) |
| | : | |
| SUPERINTENDENT MARK GARMAN, et al., | : | |
| Defendants | : | |

FILED SCRANTON
JUN 1 9 2019
PER _____
DEPUTY CLERK

## ORDER

In accordance with the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

1. All Defendants except for Bradley are **DISMISSED** from this action;

2. In accordance with Fed. R. Civ. P. 4(c)(3), the Clerk of Court is **DIRECTED** to **SERVE** a copy of the Amended Complaint (Doc. 10), notice of lawsuit and request to waive service of summons (form AO 398), waiver of the service of summons (form AO 399) and this Order on Bradley. In the interests of efficient administrative judicial economy, the Court requests that Bradley waive service pursuant to Fed. R. Civ. P. 4(d);

3. If service cannot be completed due to Major's failure to properly name Bradley, or provide an accurate mailing address, Major will

be required to correct this deficiency. Failure to comply may result in the dismissal of Major's claims against Bradley pursuant to Fed. R. Civ. P. 4(m).

BY THE COURT:

Date: 6/19/19

s/James M. Munley
**JUDGE JAMES M. MUNLEY**
**United States District Court**