UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GEORGE MAJOR,** | No. 3:19-CV-00218 |
| Plaintiff, | (Judge Mannion) |
| v. | |
| **CO J. BRADLEY,** | |
| Defendant. | |

### ORDER

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute

2. The Clerk of Court is directed to **CLOSE** this case.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: August 31, 2020**
19-0218-01 order

1